

| | | |
|---|---|---|
| **Theresa Lam**/HID/09/USCOURTS<br>01/03/2006 01:01 PM | To | HIDml_CR Notice Group |
| | cc | Malia Kakos/HID/09/USCOURTS@USCOURTS, James Kawahito/HID/09/USCOURTS@USCOURTS, Aimee Lum/HID/09/USCOURTS@USCOURTS, Donna |
| | bcc | Carol Hangai/HID/09/USCOURTS@USCOURTS |
| | Subject | CR 03-00367DAE USA v. Michael Robledo |

Sentencing date has been continued from 12/22/2005 to 3/16/2006

AUSA: Chris Thomas
AFPD: Donna Gray

Stip to be prepared by Hermi

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 03 2006

at____o'clock and____min.____M
SUE BEITIA, CLERK
```