**ORIGINAL**

PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

DONNA M. GRAY     # 4519
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269

Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       fpdhi@hotmail.com

Attorney for Defendant
MICHAEL ROBLEDO (01)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 06 2006
at 10 o'clock and 45 min. A M
SUE BEITIA, CLERK

LODGED
JAN 03 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL ROBLEDO, (01)<br><br>Defendant. | ) Cr. No. 03-00367-01 DAE<br>)<br>) STIPULATION AND ORDER<br>) CONTINUING SENTENCING<br>) DATE<br>)<br>)<br>) Prev. Date: 12/22/05<br>) New Date: 03/16/06<br>)<br>) |

**STIPULATION AND ORDER CONTINUING SENTENCING DATE**

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that Defendant Michael Robledo's sentencing hearing that was set for

December 22, 2005, be and is hereby continued to March 16, 2006 at 1:30 p.m., before Judge David A. Ezra.

IT IS SO STIPULATED.

DATED: Honolulu, Hawaii, December 29, 2005.

_____
DONNA M. GRAY
Attorney for Defendant
MICHAEL ROBLEDO

_____
CHRIS A. THOMAS
Attorney for Plaintiff
UNITED STATES OF AMERICA

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, JAN 06 2006.

_____
DAVID A. EZRA
United States District Court Judge
District of Hawaii