PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

DONNA M. GRAY        # 4519
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269

Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       fpdhi@hotmail.com

Attorney for Defendant
MICHAEL ROBLEDO (01)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 03-00367-01 DAE |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) CONTINUING SENTENCING |
| vs. | ) DATE |
| | ) |
| MICHAEL ROBLEDO,  (01) | ) Prev. Date: 03/16/06 @ 1:30 p.m. |
| | ) New Date: 06/15/06 @ 1:30 p.m. |
| Defendant. | ) |
| | ) |

**STIPULATION AND ORDER CONTINUING SENTENCING DATE**

       IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that Defendant Michael Robledo's sentencing hearing that is set for

March 16, 2006 at 1:30 p.m., be and is hereby continued to June 15, 2006 at 1:30 p.m., before Judge David A. Ezra.

      IT IS SO STIPULATED.

      DATED: Honolulu, Hawaii, March 9, 2006.

      /s/Donna M. Gray
      DONNA M. GRAY
      Attorney for Defendant
      MICHAEL ROBLEDO

      /s/Chris A. Thomas
      CHRIS A. THOMAS
      Attorney for Plaintiff
      UNITED STATES OF AMERICA

      IT IS APPROVED AND SO ORDERED:

      DATED:  Honolulu, Hawaii, March 10, 2006.



_____
David Alan Ezra
United States District Judge

United States v. Michael Robledo
CR. NO. 03-00367-01
Stipulation and Order Continuing Sentencing Date