# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/15/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00367DAE |
| CASE NAME: | USA v. (01)Michael Robledo |
| ATTYS FOR PLA: | Chris Thomas |
| ATTYS FOR DEFT: | (01)Donna Gray |
| USPO: | Mona Godinet |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 6/15/2006 | TIME: | 1:30pm-2:15pm |

COURT ACTION:  EP: Sentencing to Counts 1, 2, 9, and 10 of the Indictment as to Defendant (01)Michael Robledo. Government's Motion for Downward Departure.

Defendant (01)Michael Robledo present in custody.

Government's Motion for Downward Departure-GRANTED.

Presentence Report adopted.  Sentencing recommendations heard.  Allocution by Defendant (01)Michael Robledo.

SENTENCE:

Imprisonment:   60 MONTHS, as to each of Counts 1, 2, 9 and 10 of the Indictment, with all such terms to run concurrently.

Supervised Release:   5 YEARS, as to each of Counts 1, and 2 of the Indictment, 3 YEARS, as to each of Counts 9 and 10 of the Indictment, with all such terms to run concurrently

CONDITIONS:

    1.    Defendant shall abide by the standard conditions of supervision.

    2.    Defendant shall not commit any federal, state, or local crimes.

3. Defendant shall not possess illegal controlled substances.

4. Defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision.

6. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. Defendant shall participate in a substance abuse program, which may include drug and alcohol testing, at the discretion and direction of the Probation Office. Defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. Defendant execute all financial disclosure forms requested by the Probation Office and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. Defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

10. That the defendant perform 300 hours of community service, 100 hour per year of supervised release, as directed by the Probation Office.

Special Assessment: $400.00.

JUDICIAL RECOMMENDATIONS: Supervision to be transferred to the Central District of California.

Defendant remanded to the custody of U.S. Marshals.

Submitted by: Theresa Lam, Courtroom Manager